**Order filed December 6, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00712-CV

_____

**LEOLA JONES AND STEPHANIE ALLEN, Appellants**

**V.**

**HELEN JUNGENBERG, Appellee**

---

**On Appeal from the 344th District Court
Chambers County, Texas
Trial Court Cause No. CV27264**

---

## ORDER

No reporter's record has been filed in this case. The official court reporter for the 344th District Court informed this court that appellant had not requested the reporter's record. On November 6, 2018, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of request for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within 15 days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM